O

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA, AND NEVADA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COMMERCE AIR CONDITIONING COMPANY; and CHARLES REUBEN WALTER,<br><br>Defendants. | Case No: 2:15-cv-00577-ODW-MAN<br><br>**ORDER GRANTING DISMISSAL OF THE ACTION WITHOUT PREJUDICE** |

Pursuant to the Notice of Dismissal (ECF No. 10) filed by Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA, et al., and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), this action and all claims asserted therein are hereby DISMISSED WITHOUT PREJUDICE; and

2. All dates and deadlines in this action are vacated and taken off calendar.

**IT IS SO ORDERED**.

September 28, 2016

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**